ROBERT HOLMES, Individually and as Trustee et al.,
Respondents, v. HUGH N. CAMP, JR., Individually and
as Executor of and Trustee under the Will of HUGH
N. CAMP, Deceased, et al., Defendants, and EDWARD
C. SMITH, Appellant.

*Holmes* v. *Camp*, 186 App. Div. 675, affirmed.

(Argued November 19, 1919; decided December 9, 1919.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial
department, entered March 7, 1919, which affirmed an
order of Special Term granting a motion for leave to
serve a supplemental summons and complaint and to
make the statutory trustees of a dissolved corporation
parties defendant.

The following questions were certified: " 1. In a
representative action brought by a stockholder of a
corporation organized under the laws of the state of
Missouri, to compel the defendants to account for
property of the corporation wrongfully diverted from the
corporation, where it appears that during the pendency
of the action the corporation was dissolved pursuant to
the statutes of Missouri set forth in the papers on appeal,
is the plaintiff entitled to continue the action without
making the statutory trustees in dissolution parties
thereto?

" 2. If the foregoing question be answered in the
negative, was the plaintiff, on notice to the statutory
trustees in dissolution, entitled to an order making such
trustees parties defendant?

" 3. In a representative action brought by a stock-
holder of a corporation holding ninety-seven per cent
of the shares of the capital stock of a corporation organized
under the laws of the state of Missouri, to compel the
defendants to account for property of the subsidiary
corporation wrongfully diverted from the subsidiary
corporation where it appears that during the pendency
of the action the subsidiary corporation was dissolved
pursuant to the statutes of Missouri set forth in the

papers on appeal, is the plaintiff entitled to continue the action without making the statutory trustees in dissolution parties thereto?

" 4. If the foregoing question be answered in the negative, was the plaintiff, on notice to the statutory trustees in dissolution, entitled to an order making such trustees parties defendant?

" 5. Was the appellant Smith a party aggrieved by the order made at Special Term on April 8, 1918, bringing in as parties defendant the foreign statutory trustees of the Doe Run Lead Company, formerly a Missouri corporation and now dissolved? "

*Joseph M. Proskauer, Carlisle J. Gleason* and *Wesley S. Sawyer* for appellant.

*Samuel F. Moran* and *Louis B. Grant* for respondents.

Order affirmed, with costs; first and third questions certified answered in the negative; second, fourth and fifth questions in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.